WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney
Eliza.Carmen.Rodriguez@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-mj-00163 |
| **v.** | **MOTION TO PARTIALLY UNSEAL CASE** |
| **GINOVANNI JOSEPH BRUMBELOW,** | |
| **Defendant.** | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint and affidavit in support of the complaint remain under seal as the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

The above-captioned defendant has been arrested and the arrest warrant and complaint are necessary for initial appearance and other court purposes. The government intends to disclose the sealed document to defense counsel, but requests that only the redacted document be referred

**Motion to Partially Unseal Case**                                    **Page 1**

to in public proceedings. The government requests the undredacted complaint remain sealed until further order of the Court or as justice may require.

Dated: June 16, 2025                          Respectfully submitted,

                                             WILLIAM M. NARUS
                                             Acting United States Attorney


                                             */s/ Eliza Carmen Rodriguez*
                                             ELIZA CARMEN RODRIGUEZ, NYSB #5645379
                                             Assistant United States Attorney