# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>GINOVANNI JOSEPH BRUMBELOW<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-MJ-00163 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GINOVANNI JOSEPH BRUMBELOW,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Assault on a Federal Employee in Violation of 18 United States Code Section 111(a).

Date: June 16, 2025

*Issuing officer's signature* (signed) Stacie F. Beckerman, via Telephone

City and state: Portland, OR

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/2025, and the person was arrested on *(date)* 6/16/2025
at *(city and state)* PORTLAND, OR

Date: 6/16/2025

*Arresting officer's signature* (signed)

BRENT CRONCE, FBI SPECIAL AGENT
*Printed name and title*