

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr- 00291-SI |
| v. | INDICTMENT |
| GINOVANNI JOSEPH BRUMBELOW, | 18 U.S.C. §§ 111(a), 111(b) |
| Defendant. | 18 U.S.C. § 231(a)(3) |

UNDER SEAL

THE GRAND JURY CHARGES

### COUNT 1
(Assault of a Federal Officer)
(18 U.S.C. § 111(a))

On or about June 14, 2025, in the District of Oregon, defendant **GINOVANNI JOSEPH BRUMBELOW** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and any branch of the United States Government (including any member of the uniformed services), that is, Adult Victim (AV), an Agent from the United States Customs and Border Protection, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim;

In violation of Title 18, United States Code, Section 111(a).

### COUNT 2
(Assault of a Federal Officer with a Dangerous Weapon)
(18 U.S.C. § 111(b))

On or about June 14, 2025, in the District of Oregon, defendant **GINOVANNI JOSEPH BRUMBELOW** did forcibly assault an officer and employee of the United States that is, Adult

Victim (AV), an Agent from the United States Customs and Border Protection, while such person was engaged in and on account of the performance of official duties, and the defendant used a dangerous weapon, to wit: a stick, and inflicted bodily harm;

In violation of Title 18, United States Code, Section 111(b).

### COUNT 3
### (Civil Disorder)
### (18 U.S.C. § 231(a)(3))

On or about June 14, 2025, in the District of Oregon, defendant **GINOVANNI JOSEPH BRUMBELOW** did commit and attempt to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, officers and agents from the United States Department of Homeland Security, who were lawfully engaged in the lawful performance of their duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: July 15, 2025.

A TRUE BILL.

OFFICIATING PERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

KATE A. ROCHAT, OSB #184324 for
ELIZA CARMEN RODRIGUEZ
Assistant United States Attorneys