Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Phone: (503) 351-2327
Fax: (503) 914-6665
Email: bwnlaw@gmail.com
Attorney for Defendant Ginovanni Joseph Brumbelow

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:25-CR-00291-SI |
| Plaintiff, | **PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA** |
| v. | |
| GINOVANNI JOSEPH BRUMBELOW, | |
| Defendant. | |

Defendant Ginovanni Joseph Brumbelow, through counsel, respectfully petitions the Court to permit him to withdraw his plea of not guilty and to accept his plea of guilty to Count Two of the Indictment. In support of his petition, defendant represents to the Court as follows:

1.    My full true name is Ginovanni Joseph Brumbelow. I am 22 years old. The highest level of education that I have completed is graduating from high school and attending a term of college.

2.    My attorney is Bear Wilner-Nugent.

PETITION TO ENTER PLEA OF GUILTY – Page 1

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

3.      My attorney and I have discussed my case fully. I have received a copy of the Indictment. I have read the Indictment, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charges, any lesser-included offenses, and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are as follows:

a.  First, on or about the date alleged in Count Two, in the District of Oregon, I forcibly assaulted AV, a federal officer;

b.  Second, I did so while AV was engaged in, or on account of, his official duties; and

c.  Third, I used a deadly or dangerous weapon, or inflicted bodily injury.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

4.      I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5.      I am not under the influence of alcohol or illicit drugs. I am not suffering from any injury, illness, or disability affecting my thinking or my ability to reason. I have not taken any mind-altering drugs or medications within the past seven days except as prescribed to me by a doctor.

6.      I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences could include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal

PETITION TO ENTER PLEA OF GUILTY – Page 2

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

7.    I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

a.  The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

b.  The right to have the assistance of an attorney at all stages of the proceedings;

c.  The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses, in my favor;

d.  The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

e.  The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

f.  The right not to be compelled to incriminate myself.

8.    I know that I may plead "GUILTY" there will be no trial before either a judge or jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction;

9.    In this case I am pleading "GUILTY" under Federal Rule of Criminal Procedure 11(c)(1)(B). My attorney has explained the effect of my plea under Rule 11(c)(1)(B) as follows:

My plea of guilty is under Rule 11(c)(1)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what

PETITION TO ENTER PLEA OF GUILTY – Page 3

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

I expected to receive under the terms of my plea agreement with the prosecutor, I *do not* have a right to withdraw my plea.

10. I know the maximum sentence which can be imposed upon me for Count Two is 20 years imprisonment, three years of supervised release, and a fine of $250,000.

11. I know that the judge, in addition to any other penalty, will order a fee assessment as provided by law in the amount of up to $100.

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on that fine can be substantially increased by the judge and I can be imprisoned for up to one year.

13. My attorney has discussed with me sentencing under federal law. I know that the Federal Sentencing Guidelines are advisory, not mandatory. I know that the judge will consider sentencing factors under 18 U.S.C. §3553(a) in determining a proper sentence, including: the nature and circumstances of the offense and my history and characteristics; the need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to criminal conduct, protect the public from further crime by me, and provide me with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; the kinds of sentences available; the advisory United States Sentencing Guidelines and policy statements of the United States Sentencing Commission; the need to avoid unwarranted sentencing disparities among defendants; and the need to provide restitution to any victims. I know that the judge may not impose a sentence greater than the maximum sentence referred to in paragraph 10, above.

14. I know from discussion with my attorney that if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for

PETITION TO ENTER PLEA OF GUILTY – Page 4

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

15.     I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, the term of supervised release can be from two to three years. If I violate the conditions of my supervised release, I may be sent back to prison.

16.     I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to 20 years from the date of my release from imprisonment, or, if I am not imprisoned, 20 years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

17.     On any fine or restitution in the amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of entry of judgment.

18.     If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole, or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

PETITION TO ENTER PLEA OF GUILTY – Page 5

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

19.    If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case, and that I may receive consecutive sentences of imprisonment.

20.    My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

21.    The Plea Agreement describes the agreement between the United States government and me. No officer or agent of any branch of government (federal, state, or local), nor anyone else, has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as described in our written agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement or otherwise presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

22.    My plea of "GUILTY" is not the result of force, threat, or intimidation.

23.    I hereby request that the judge accept my plea of "GUILTY" to Count Two of the Indictment.

24.    I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to Count Two of the Indictment, the facts that make me guilty of the crime charged may be summarized as follows:

> On or about June 14, 2025, in the District of Oregon, I was present in the crowd of a declared riot outside the Immigration and Customs Enforcement (ICE) field office located at 4310 S Macadam Avenue in Portland. AV, an officer with ICE Enforcement and Removal Operations, was assisting with the arrest of another individual when I came behind AV and struck him in the back of the head with a wooden stake. AV sustained bodily injury.

PETITION TO ENTER PLEA OF GUILTY – Page 6

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

25.    I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on  7/22/2026                        .

Signed by:

74A79GF5F3CB476...

Ginovanni Joseph Brumbelow

PETITION TO ENTER PLEA OF GUILTY – Page 7

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

## CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant, hereby certifies:

1.      I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offenses, and the possible defenses that may apply in this case.

2.      I have personally examined the attached Petition to Enter Plea of Guilty and Order Entering Plea, explained all their provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3.      I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs 6 through 19 of the Petition, and I have also explained to the defendant the applicable advisory Federal Sentencing Guidelines.

4.      I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, and the Plea Agreement, on _____ July 23, 2026 _____.

Bear Wilner-Nugent, OSB #044549
Attorney for Defendant

CERTIFICATE OF COUNSEL – Page 8

Docusign Envelope ID: AAA8D4B3-C984-8E0C-814F-83DCE875DD2C

## ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in the Petition and as recommended in the Certificate of defendant's attorney.

DATED ___July 27, 2026___, in open court.

MICHAEL H. SIMON
United States District Judge

ORDER ENTERING PLEA – Page 9